F I L E D
United States Court of Appeals
Tenth Circuit

FEB 4 2000

PATRICK FISHER
Clerk

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

CARL D. UNDERWOOD;
DOLORES A. UNDERWOOD,

      Petitioners-Appellants,

v.

COMMISSIONER OF INTERNAL
REVENUE,

      Respondent-Appellee.

Nos. 99-9015 & 99-9016
(T.C. Nos. 1356-89 & 37159-86)
(Petition for Review)

**ORDER AND JUDGMENT** *

Before **EBEL** , **KELLY** , and **BRISCOE** , Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously to grant the parties' request for a decision on the briefs without oral

argument. *See* Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore

ordered submitted without oral argument.

---

\*     This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

In these consolidated cases, petitioners appeal from the Tax Court's decision that they owed deficiencies for the taxable years 1979, 1981 and 1982. The deficiency determinations were based on the Commissioner's disallowance of deductions claimed by petitioners arising out of investments in oil and gas limited partnerships.

On review, petitioners present one argument: the Tax Court erred in finding that the profit motive is properly determined at the partnership level. They maintain that the individual partner's profit motive is the relevant inquiry under 26 U.S.C. § 183 and the applicable regulations.

We review this legal question of statutory interpretation *de novo. See True Oil Co. v. Commissioner*, 170 F.3d 1294, 1298 (10th Cir. 1999). We have held that in determining whether activities were engaged in for profit for purposes of 26 U.S.C. § 183, "we look to the economic motive of the partnership, not the individual investor." *Hildebrand v. Commissioner*, 28 F.3d 1024, 1027 (10th Cir. 1994) (citing *Cannon v. Commissioner*, 949 F.2d 345, 349 (10th Cir. 1991)). This panel cannot overturn the decision of another panel of this court. *See United States v. Nichols*, 169 F.3d 1255, 1261 (10th Cir.), *cert. denied* 120 S. Ct. 336

(1999). Consequently, petitioners' argument against established law in this circuit must fail. The petition for review of the Tax Court's decision is DENIED.

Entered for the Court


Mary Beck Briscoe
Circuit Judge